UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ODOM,

    Plaintiff,

v.

CASE NO.: 3:16-CV-775-J-39MCR

COMENITY LLC, d/b/a COMENITY BANK,

    Defendant.
_____/

## JOINT STIPULATION TO STAY CASE AND COMPEL ARBITRATION

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JOHN ODOM ("Plaintiff") and Defendant COMENITY LLC, d/b/a COMENITY BANK ("Defendant"), by and through their undersigned counsel, hereby submit this joint stipulation to stay the case and compel arbitration, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Defendant on or about June 22, 2016.

2. The Parties have since agreed to arbitrate all of the claims in this case pursuant to a written arbitration agreement.

3. The Parties therefore respectfully request that this Court enter this Stipulation that orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

**IT IS SO STIPULATED.**

1204769.1

Dated: September 19 , 2016     MCGLINCHEY STAFFORD, PLLC


/s/R. Carter Burgess
R. Carter Burgess, Esq.
Florida Bar No. 058298
Gabriel M. Hartsell, Esq.
Florida Bar No. 89345
10407 Centurion Parkway, N., Suite 200
Jacksonville, FL 32256
(904) 224-4498 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com
ghartsell@mcglinchey.com
*Attorney for Defendant*


MORGAN & MORGAN, P.A.

/s/Shawn C. Hill
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
shill@forthepeople.com
lcrouch@forthepeople.com
*Attorney for Plaintiff*

1204769.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been filed and furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, this 19th day of September, 2016, and by e-mail to the following party:

### VIA EMAIL

Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
shill@forthepeople.com
lcrouch@forthepeople.com
Attorney for Plaintiff

/s/R. Carter Burgess, Esq.
Attorney

1204769.1