UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ODOM,

      Plaintiff,

vs.                                        Case No. 3:16-cv-775-J-39MCR

COMENITY, LLC
d/b/a COMENITY BANK,

      Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation to Stay Case and Compel Arbitration, which the Court construes as a Joint Motion. (Doc. 17; Motion). In the Motion, the parties request that the Court stay these proceedings pending final, binding arbitration. Id.

After due consideration, it is hereby

**ORDERED**:

1. The Joint Stipulation to Stay Case and Compel Arbitration, which the Court construes as a Joint Motion, (Doc. 17) is **GRANTED**.

2. The parties shall submit all claims brought in this lawsuit to arbitration.

3. This case is **STAYED** pending the completion of the arbitration proceedings. The Clerk of Court is directed to terminate any pending motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

3. The parties shall file a joint status report upon the conclusion of the

arbitration. If the arbitration is not completed by **March 29, 2017**, then the parties shall file a joint status report at that time and every 90 days thereafter until the arbitration is completed.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of September, 2016.

BRIAN J. DAVIS
United States District Judge

jl
Copies furnished to:

Counsel of Record