**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN ODOM,

  Plaintiff,

-vs-                                    CASE NO.:  3:16-CV-00775-BJD-MCR

COMENITY LLC, d/b/a COMENITY BANK,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, JOHN ODOM, and the Defendant, COMENITY LLC, d/b/a COMENITY BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 22nd day of November, 2016.

| | |
|---|---|
| */s/ Shaughn C. Hill* | */s/ R. Carter Burgess* |
| SHAUGHN C. HILL, ESQUIRE | R. CARTER BURGESS, ESQUIRE |
| FL Bar No.: 0105998 | Florida Bar No.: 058298 |
| MORGAN & MORGAN, P.A. | MCGLINCHEY STAFFORD PLLC |
| One Tampa City Center | 10407 Centurion Parkway, N., Suite 200 |
| Tampa, FL 33602 | Jacksonville FL 32256 |
| Tele: (813) 223-5505 | Direct: (904) 224-4449 |
| Fax: (813) 223-5402 | Fax: (904) 212-1828 |
| Email: SHill@ForThePeople.com | Email: cburgess@mcglinchey.com |
| Secondary: lcrouch@forthepeople.com | Secondary: ghartsell@mcglinchey.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail on this 22nd day of November, 2016 to:

GABRIEL MATTHEW HARTSELL, ESQUIRE
Florida Bar No.: 89345
MCGLINCHEY STAFFORD, PLLC-Jacksonville
10407 Centurion Parkway N, Suite 200
Jacksonville, FL 32256
Telephone: (904) 224-4486
Facsimile: (904) 369-9686
Primary Email: ghartsell@mcglinchey.com
*Attorney for Defendant*


ROBERT C. BURGESS, ESQUIRE
Florida Bar No.: 058298
MCGLINCHEY STAFFORD, PLLC-Jacksonville
10407 Centurion Parkway N, Suite 200
Jacksonville, FL 32256
Telephone: (904) 224-4486
Facsimile: (904) 369-9686
Primary Email: cburgess@mcglinchey.com
*Attorney for Defendant*


*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No.: 105998