UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ODOM,

    Plaintiff,

v.   Case No. 3:16-cv-775-J-39MCR

COMENITY, LLC,
d/b/a COMENITY BANK,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.21; Stipulation) filed on November 22, 2016. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of February, 2017.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*